\*\* E-filed on 9/6/05 \*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., et al., | Case Number C 01-20709 JF |
| Plaintiffs, | JUDGMENT |
| v. | |
| LUCENT TECHNOLOGIES INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Good cause therefore appearing, IT IS HEREBY ORDERED that judgment be entered in accordance with the Orders of this Court dated April 22, 2005, granting Dolby's motions for summary judgment of non-infringement of United States Patent No. 5,341,457 and United States Patent No. 5,627,938 and this Court's subsequent Order of September 6, 2005, dismissing all remaining claims herein without prejudice. The Clerk of the Court shall close the file.

DATED: September 6, 2005

/s/ (electronic signature authorized)
JEREMY FOGEL
United States District Judge

Case No. C 01-20709 JF
JUDGMENT
(JFLC1)

1  Copies of this Judgment have been served upon the following persons:

2

3  G. Seth Beal           seth_beal@la.kirkland.com, maguillon@kirkland.com

4  John L. Cooper         jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

5  Jeffrey M. Fisher      jfisher@fbm.com, renterig@fbm.com, calendar@fbm.com

6  Darrell A. Fruth       dfruth@fbm.com, calendar@fbm.com, cschnurmacher@fbm.com

7  Nan E. Joesten         joestenn@fbm.com, calendar@fbm.com, ksmall@fbm.com

8  Alan S. Kellman        akellman@kirkland.com, jmafale@kirkland.com

9  Andrew Leibnitz        aleibnitz@fbm.com, dwilliams@fbm.com

10 David Shukan           dshukan@kirkland.com

11 Sangeetha M. Raghunathan    sraghunathan@fbm.com

12 Jenny N. Lee
   Kirkland & Ellis LLP
13 153 East 53rd Street
   New York, NY 10012

14 Denis J. Sullivan
   Kirkland & Ellis LLP
15 153 East 53rd Street
   New York, NY 10012

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 01-20709 JF
JUDGMENT
(JFLC1)