John L. Cooper (State Bar No. 050324)
Jeffrey M. Fisher (State Bar No. 155284)
Andrew Leibnitz (State Bar No. 184723)
FARELLA BRAUN & MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**E-filed 9/19/05**

Attorneys for Plaintiffs and Counterclaim Defendants
DOLBY LABORATORIES, INC. and DOLBY
LABORATORIES LICENSING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., and DOLBY LABORATORIES LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC., and LUCENT TECHNOLOGIES GUARDIAN I LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 01-20709 JF (RS)<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING DOLBY'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>Date: No Hearing Req'd [Civ. L.R. 6-2(b)]<br>Time: ---<br>Dept: Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

WHEREAS, the Court's first available date to hear Dolby's Motion For Attorneys' Fees (hereinafter, "Dolby's Motion") is November 18, 2005;

WHEREAS, the parties desire to agree on a schedule regarding submissions relating to Dolby's fees and costs;

IT IS HEREBY STIPULATED, subject to the Court's approval, that the submissions relating to Dolby's fees and costs and the hearing on Dolby's Motion will proceed as follows:

DOLBY'S MOT. SHORTEN TIME RE: DOLBY'S MOT.
COMPEL DEPOSITION OF LUCENT 30(b)(6)
Case No. C 01-20709 JF (RS)

14680\828885.1

| Event | Date |
|---|---|
| Dolby's Motion For Attorneys' Fees and Bill Of Costs Due | Tuesday, September 27, 2005 |
| Lucent's Opposition To Dolby's Motion Due | Monday, October 24, 2005 |
| Dolby's Reply Due | Friday, November 4, 2005 |
| Hearing | Friday, November 18, 2005 |

DATED: September 14, 2005     FARELLA BRAUN & MARTEL LLP

By: /s/
    Andrew Leibnitz

Attorneys for Plaintiffs
DOLBY LABORATORIES, INC. and DOLBY LABORATORIES LICENSING CORPORATION

DATED: September 14, 2005     KIRKLAND & ELLIS LLP

By: /s/
    Alan S. Kellman

Attorneys for Defendants/Counterclaim Plaintiffs
LUCENT TECHNOLOGIES INC. and LUCENT TECHNOLOGIES GUARDIAN I LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED this __19th__ day of September, 2005.

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Court Judge

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

DOLBY'S MOT. SHORTEN TIME RE: DOLBY'S MOT.
COMPEL DEPOSITION OF LUCENT 30(b)(6)
Case No. C 01-20709 JF (RS)
- 2 -
14680\828885.1