\*\*E-Filed 9/27/05\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DOLBY LABORATORIES, INC., ET AL., <br><br> PLAINTIFFS, <br><br> v. <br><br> LUCENT TECHNOLOGIES, INC., <br><br> DEFENDANT. | Case Number C 01-20709 JF <br><br> ORDER[1] GRANTING REQUEST FOR CLARIFICATION OF THE COURT'S SEPTEMBER 6, 2005 ORDER <br><br> [Docket No. 694] |

Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corporation have requested that the Court clarify its September 6, 2005 Order to Dismiss Without Prejudice Dolby's Affirmative Defenses and Declaratory Judgment Claims of Invalidity ("Order"), which stated:

> Dolby appears to have withdrawn its motion for summary judgment of non-infringement of the '457 and '938 patents regarding Dolby's cinema technology, consistent with its previous representation to the Court that the parties had been discussing dismissal of the underlying infringement allegations, as this motion no longer appears as a pending motion on the Court's docket.

Order at 2 n. 2. This footnote does not make clear that Dolby's unopposed Cinema Motion is

---

[1] This disposition is not designated for publication and may not be cited.

1 granted.  Accordingly, the Court will clarify that Dolby's Cinema Motion is granted.

## I. ORDER

Good cause therefore appearing, IT IS HEREBY ORDERED that footnote 2 of this Court's September 6, 2005 Order is clarified to make clear that Dolby's Cinema Motion is GRANTED.

DATED: September 27, 2005

                                         /s/ electronic signature authorized
                                         JEREMY FOGEL
                                         United States District Judge

This Order has been served upon the following persons:

| Name | Email |
|---|---|
| G. Seth Beal | seth_beal@la.kirkland.com, david_shukan@la.kirkland.com, maguillon@kirkland.com |
| John L. Cooper | jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com |
| Jeffrey M. Fisher | jfisher@fbm.com, renterig@fbm.com, calendar@fbm.com |
| Darrell A. Fruth | dfruth@fbm.com, calendar@fbm.com, cschnurmacher@fbm.com |
| Nan E. Joesten | joestenn@fbm.com, calendar@fbm.com, ksmall@fbm.com |
| Alan S. Kellman | akellman@kirkland.com, jmafale@kirkland.com |
| Andrew Leibnitz | aleibnitz@fbm.com, dwilliams@fbm.com |
| David Shukan | dshukan@kirkland.com, akellman@kirkland.com |
| Sangeetha M. Raghunathan | sraghunathan@fbm.com |

Jenny N. Lee
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10012

Denis J. Sullivan
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10012

3

Case No. C 01-20709 JF
ORDER GRANTING REQUEST FOR CLARIFICATION OF THE COURT'S SEPTEMBER 6, 2005 ORDER
(JFLC1)