Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

\*\*E-filed 10/5/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., and DOLBY LABORATORIES LICENSING CORPORATION,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM. | **Case No.  C 01-20709 JF (RS)**<br><br> **ORDER GRANTING DOLBY'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:     November 18, 2005<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 3, 5th Floor<br>Judge:   Hon. Jeremy Fogel |

Having considered the papers submitted on the Ex Parte Application To File Certain Documents Under Seal, and good cause appearing therefore,

IT IS HEREBY ORDERED, that:

DOLBY'S Ex Parte Application To File Certain Documents Under Seal is GRANTED, and DOLBY may file the following documents under seal:

1. Exhibit J to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the October 20, 2004 deposition of David M. Rosenblatt.

2. Exhibit L to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of Lucent's Supplemental Responses to Dolby's Interrogatory Nos. 10-11 and 13-17, served January 13, 2005.

3. Exhibit N to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the November 18, 2004 deposition of Roger Stricker.

4. Exhibit RR to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the October 12, 2004 deposition testimony of Kenneth Brown.

5. Exhibit TTT to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of the Declaration of Jeffrey M. Fisher in Support of Dolby's Motion for Sanctions Regarding Lucent's Failure to Comply with Court Order Compelling Rule 30(b)(6) Testimony, filed January 12, 2005.

6. Exhibit JJJJ to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the September 28, 2004 deposition testimony of Craig Todd.

7. Exhibit KKKK to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the September 27, 2004 deposition testimony of Louis Fielder.

8. Exhibit LLLL to the Declaration of Jeffrey M. Fisher In Support of Dolby's

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING EX PARTE    1    14680\833445.1
APP TO FILE UNDER SEAL / CASE NO. C 01-20709 JF (RS)

1  Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the
2  October 15, 2004 deposition testimony of Grant Davidson.
3      9.  Exhibit OOOO to the Declaration of Jeffrey M. Fisher In Support of Dolby's
4  Motion For Attorneys' Fees, which is a true and correct copy of Lucent's Responses To Dolby's
5  First Set Of Requests For Admission, served January 26, 2005.
6      10.  Exhibit PPPP to the Declaration of Jeffrey M. Fisher In Support of Dolby's Motion
7  For Attorneys' Fees, which is a true and correct copy of Lucent's Second Supplemental
8  Responses To Dolby's Fourth Set Of Interrogatories (Interrogatory No. 12), served November 29,
9  2004.

DATED: __10/4_____, 2005

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Judge

[PROPOSED] ORDER GRANTING EX PARTE APP TO FILE UNDER SEAL/ CASE NO. C 01-20709 JF (RS)    2    14680\833445.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400