Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., and DOLBY LABORATORIES LICENSING CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | **Case No.  C 01-20709 JF (RS)**<br><br> **ORDER GRANTING DOLBY'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:　　November 18, 2005<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 3, 5th Floor<br>Judge:　　Hon. Jeremy Fogel |

　　　　Having considered the papers submitted on the Ex Parte Application To File Certain Documents Under Seal, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED, that:

　　　　DOLBY'S Ex Parte Application To File Certain Documents Under Seal is GRANTED, and DOLBY may file the following documents/exhibits under seal:

　　　　1.　　Exhibit F to the Declaration of Andrew Leibnitz In Support of Dolby's Motion For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the May 16, 2003 deposition of Stephen Vernon.  **(FILED UNDER SEAL)**

(PROPOSED) ORDER GRANTING EX PARTE
APPLICATION TO FILE UNDER SEAL;
CASE NO. C02-20709 JF (RS)

1  2. Exhibit J to the Declaration of Andrew Leibnitz In Support of Dolby's Motion For
2  Attorneys' Fees, which is a true and correct copy of the Patent License Agreement between
3  Lucent Technologies GRL LLC and Acer Incorporated (LUC084423-LUC084439).  **(FILED**
4  **UNDER SEAL)**

5  3. Exhibit K to the Declaration of Andrew Leibnitz In Support of Dolby's Motion For
6  Attorneys' Fees, which is a true and correct copy of transcript excerpts from the November 18,
7  2004 deposition of Roger Stricker.  **(FILED UNDER SEAL)**

8  4. Exhibit M to the Declaration of Andrew Leibnitz In Support of Dolby's Motion
9  For Attorneys' Fees, which is a true and correct copy of transcript excerpts from the October 20,
10  2004 deposition of David Rosenblatt.  **(FILED UNDER SEAL)**

11  5. Exhibit R to the Declaration of Andrew Leibnitz In Support of Dolby's Motion For
12  Attorneys' Fees, which is a true and correct copy of transcript excerpts from the July 15, 2003
13  deposition of James Johnston.  **(FILED UNDER SEAL)**

14  6. Exhibit S to the Declaration of Andrew Leibnitz In Support of Dolby's Motion For
15  Attorneys' Fees, which is a letter from C.S.T. Buckley to the European Patent Office, dated July
16  14, 1997 (LUC064797-LUC064798).  **(FILED UNDER SEAL)**

18  **IT IS SO ORDERED**

20  DATED:  Nov. 14, 2005                              s/electronic signature authorized

                                                      _____
22                                                    Hon. Jeremy Fogel
                                                      United States District Judge

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

(PROPOSED) ORDER GRANTING EX PARTE
APPLICATION TO FILE UNDER SEAL;                - 2 -
CASE NO. c01-20709 JF (RS)