**E-filed 7/25/06**

1  John L. Cooper (State Bar No. 050324)
   Jeffrey M. Fisher (State Bar No. 155284)
2  Andrew Leibnitz (State Bar No. 184723)
   FARELLA BRAUN & MARTEL LLP
3  Russ Building, 30th Floor
   235 Montgomery Street
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiffs and Counterclaim
   Defendants
7  DOLBY LABORATORIES, INC. and DOLBY
   LABORATORIES LICENSING
8  CORPORATION

9  John M. Desmarais (admitted *pro hac vice*)
   Alan S. Kellman (admitted *pro hac vice*)
10 KIRKLAND & ELLIS LLP
   Citigroup Center
11 153 East 53rd Street
   New York, NY 10022-4675
12 Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
13
   David S. Shukan (State Bar No. 143683)
14 KIRKLAND & ELLIS LLP
   777 South Figueroa Street
15 Los Angeles, CA 90017
   Telephone: (213) 680-8400
16 Facsimile: (213) 680-8500

17 Attorneys for Defendant/Counterclaimant
   LUCENT TECHNOLOGIES INC. and
18 Counterclaimant LUCENT TECHNOLOGIES
   GUARDIAN I LLC
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22                        SAN JOSE DIVISION

23 DOLBY LABORATORIES, INC., and         Case No. C 01-20709 JF (RS)
   DOLBY LABORATORIES LICENSING
24 CORPORATION,                          **CORRECTED STIPULATION AND
                                         [~~PROPOSED~~] ORDER REGARDING
25         Plaintiffs,                   PREJUDGMENT AND
                                         POSTJUDGMENT INTEREST**
26    vs.

27 LUCENT TECHNOLOGIES INC.,
28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

CORRECTED STIPULATION AND [PROPOSED] ORDER RE
PRE AND POSTJUDGMENT INTEREST
C 01-20709 (JF)

14680\998572.1

| | |
|---|---|
| | Defendant. |

AND RELATED COUNTERCLAIMS.

WHEREAS, the Court's July 17, 2006 Order Granting In Part Dolby's Application for Attorneys' Fees requested that Plaintiffs Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corporation ("Dolby") and Defendants/Counterclaim Plaintiffs Lucent Technologies Inc. and Lucent Technologies Guardian I LLC ("Lucent") confer as to the appropriate calculation and amount of prejudgment and postjudgment interest based on the award of $270,202 in attorneys' fees and submit a stipulation to the Court regarding the same,

IT IS HEREBY STIPULATED THAT:

Pursuant to the Court's July 17, 2006 Order, the parties have calculated prejudgment interest of $27,900.97, and postjudgment interest of $100.76 based on the award of $270,202 in attorneys' fees. This stipulation does not waive either party's right to appeal or otherwise challenge the award of attorneys' fees, the amount of that award, or the imposition of interest on the award.

//
//

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

CORRECTED STIPULATION AND [PROPOSED] ORDER RE
PRE AND POSTJUDGMENT INTEREST
C 01-20709 (JF)

- 2 -

14680\998572.1

| | |
|---|---|
| DATED: July 21, 2006 | FARELLA BRAUN & MARTEL LLP |
| | By: _____/s/_____<br>Jeffrey M. Fisher |
| | Attorneys for Plaintiffs<br>DOLBY LABORATORIES, INC. and DOLBY LABORATORIES LICENSING CORPORATION |
| DATED: July 21, 2006 | KIRKLAND & ELLIS LLP |
| | By: _____/s/_____<br>Alan S. Kellman |
| | Attorneys for Defendant/Counterclaim Plaintiff LUCENT TECHNOLOGIES INC. and Counterclaim Plaintiff LUCENT TECHNOLOGIES GUARDIAN I LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED this 25th day of ___July___, 2006.

_____
Honorable Jeremy Fogel
United States District Court Judge

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

CORRECTED STIPULATION AND [PROPOSED] ORDER RE
PRE AND POSTJUDGMENT INTEREST
C 01-20709 (JF)

- 3 -

14680\998572.1