| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>GREGORY LIPPETZ (SBN 154228) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 4 | gregory.lippetz@bingham.com |
| 5 | Bingham McCutchen LLP<br>RICHARD S. TAFFET Pro Hac Vice |
| 6 | (NY SBN 1721182)<br>399 Park Avenue |
| 7 | New York, NY  10022-4689<br>Telephone:  (212) 705-7000 |
| 8 | Facsimile:  (212) 752-5378<br>richard.taffet@bingham.com |
| 9 | |
| 10 | Attorneys for Plaintiff/Counter-Defendant<br>SANDISK CORPORATION |
| 11 | Kirkland & Ellis LLP<br>JENNY N. LEE (SBN 247684) |
| 12 | 555 California Street<br>San Francisco, CA 94104-1501 |
| 13 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 14 | jlee@kirkland.com |
| 15 | Attorneys for Defendants/Counter-Plaintiffs<br>Lucent Technologies Inc. and |
| 16 | Alcatel-Lucent, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | SANDISK CORPORATION, | No. C 07-03618 JF |
| 22 | Plaintiff, | **STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE** |
| 23 | vs. | |
| 24 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
| 25 | Defendants. | |
| 26 | | |
| 27 | AND RELATED COUNTERCLAIM | |
| 28 | | |

| | |
|---|---|
| 1 | Plaintiff SanDisk Corporation ("SanDisk") and defendants Lucent Technologies |
| 2 | Inc. and Alcatel-Lucent S.A. (collectively "Lucent") hereby stipulate as follows: |
| 3 | WHEREAS, on October 12, 2007, Lucent filed a Motion to Dismiss Without |
| 4 | Prejudice or Stay Pending Resolution of Appeal in Related Case, |
| 5 | WHEREAS, on November 30, 2007, and on February 15, 2008, the Court heard |
| 6 | argument from the parties related to Lucent's Motion, and requested that the parties meet and |
| 7 | confer to discuss whether they could reach an agreement under which this action could be |
| 8 | stayed, and requested the parties to report back to the Court by February 29, 2008, |
| 9 | WHEREAS, pursuant to the Court's request, the parties have been negotiating the |
| 10 | terms under which SanDisk would consent to a stay of this action, and |
| 11 | WHEREAS, the parties request the Court provide them with an additional one |
| 12 | week to reach an agreement. |
| 13 | THEREFORE, the parties stipulate as follows: |
| 14 | The parties will continue to negotiate the terms of a settlement agreement and |
| 15 | provide the Court with a report by March 7, 2008. |
| 16 | SO STIPULATED |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE

A/72451809.1

DATED: February 29, 2008

Bingham McCutchen LLP


By: /s/ Gregory L. Lippetz
Gregory L. Lippetz
Attorneys for Plaintiff/Counter-Defendant
SanDisk Corporation

DATED: February 29, 2008

Kirkland & Ellis LLP


By: /s/ Jenny N. Lee
Jenny N. Lee
Attorneys for Defendants/Counter-Plaintiffs
Lucent Technologies Inc. and
Alcatel-Lucent, S.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/3/08

By:
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE